FILED
1/22/19 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Kenny J. Dingler | : Case No. 19-20053 GLT |
| Debtor | : Chapter 13 |
| Kenny J. Dingler | : |
| Movant | : Related to Dkt. No. 13 |
| vs. | : |
| No Respondent, | : |
| Respondent | : |

## ORDER OF COURT

AND NOW, this    22nd    day of    January,    2019, it is hereby ORDERED, ADJUDGED, AND DECREED that the completion date for filing the schedules and the remaining required documents in the above captioned proceeding is hereby extended until February 1, 2019.

By the Court,

_____ J.
Gregory J. Taddonio    cgt
United States Bankruptcy Judge

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Kenny J. Dingler  
     Debtor

Case No. 19-20053-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: aala     Page 1 of 1     Date Rcvd: Jan 22, 2019  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2019.  
db          +Kenny J. Dingler,   510 Independence Street,   Perryopolis, PA 15473-9304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2019 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor   Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com  
         Mary Bower Sheats    on behalf of Debtor Kenny J. Dingler Mary@mbsheatslaw.com, mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                     TOTAL: 4