IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Kenny J. Dingler : | |
| Debtor : | Bkrtcy No. 19-20053 |
| : | |
| : | Chapter    13 |
| Kenny J. Dingler : | |
| Movant : | |
| : | Related to Document No. |
| v. : | |
| : | |
| NO RESPONDENT : | |
| Respondent (if none, then "No Respondent") : | |

**EMPLOYEE INCOME RECORDS**

January 31, 2019

By:   /S/Mary Bower Sheats
            Signature

            Mary Bower Sheats
            Typed Name

            1195 Washington Pike, Suite 325
            Bridgeville, PA 15017
            Address

            412-281-7266
            Phone No.

            PA ID # 27911
            List Bar I.D. and State of Admission

**PAWB Local Form 29 (07/13)**

**PERSONAL AND CHECK INFORMATION**
Kenneth J Dingler
510 Independence Street
Perryopolis, PA 15473
Soc Sec #: xxx-xx-xxxx    Employee ID: 15

Pay Period: 12/15/18 to 12/21/18
Check Date: 12/28/18    Check #: 11023

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 574.13 | 31256.23 |
| NET PAY | 574.13 | 31256.23 |

**EARNINGS**

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Hourly | 37.50 | 18.0000 | 675.00 | 1620.00 | 28061.50 |
| Overtime | | | | 13.00 | 331.50 |
| Holiday | | | | 24.00 | 416.00 |
| Total Hours | 37.50 | | | 1657.00 | |
| Gross Earnings | | | 675.00 | | 28809.00 |
| Total Hrs Worked | 37.50 | | | | |
| Exp Reimb Non T | | | | | 7108.00 |
| **REIMB & OTHER PAYMENTS** | | | | | 7108.00 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 41.85 | 1786.16 |
| Medicare | | 9.79 | 417.73 |
| Fed Income Tax | M 3 | 21.35 | 942.84 |
| PA Income Tax | | 20.72 | 884.45 |
| PA Unemploy | | 0.41 | 17.30 |
| PA LTWIL-Was L | | | 10.00 |
| PA TWILI-Was In | | 6.75 | 288.11 |
| TOTAL | | 100.87 | 4346.59 |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Advance | | 100.00 |
| Garn Fee 2013 | | 18.00 |
| Garn Fee 2014 | | 18.00 |
| SW Regional Tax | | 178.18 |
| TOTAL | | 314.18 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 574.13 | 31256.23 |

Payrolls by Paychex, Inc.

0046 1404-6401   Yurkovich Industries Inc • 115 North St • Charleroi PA 15022 • (724) 489-1180

Exxon 70 LLC
900 Rostraver Road
Belle Vernon, PA 15012

Hire Date: 1/11/2018
Fed Status: Single, Exemptions: 0
PA Status: , Exemptions: 0

Kenneth J Dingler
510 Independance Street
Perryopolis, PA  15473

**Exxon 70 LLC**  724-929-3166

| Employee Name | Emp. ID | Company: 143 | | Check No. 545 | P/P: 12/16/2018-12/29/2018 |
|---|---|---|---|---|---|
| Kenneth J Dingler | 0 | Group: | Loc. | Dept: GW | Check Date: 01/04/2019 |

| Earnings | Hours | Hourly Rate | Current | Year-To-Date |
|---|---|---|---|---|
| Regular | 16.00 | 11.0000 | 176.00 | 176.00 |

| Taxes/Deductions | Current | Year-To-Date |
|---|---|---|
| Federal Tax | 2.98 | 2.98 |
| Soc. Sec. Tax | 10.91 | 10.91 |
| Medicare Tax | 2.55 | 2.55 |
| PA State Tax | 5.40 | 5.40 |
| Frazier SD Tax | 1.76 | 1.76 |
| LST-Belle Vernon Area | 2.00 | 2.00 |
| PA SUI | 0.11 | 0.11 |

| TOTALS | Gross Wages | Taxable Wages | Total Taxes & Other Deductions | Net Pay |
|---|---|---|---|---|
| Current | 176.00 | 176.00 | 25.71 | 150.29 |
| Year-To-Date | 176.00 | | | |