**Form RSC13**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES

**Case No. 19−20053−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Kenny J. Dingler
   510 Independence Street
   Perryopolis, PA 15473

Social Security No.:
   xxx−xx−7589

Employer's Tax I.D. No.:

NAME/ADDRESS OF ATTORNEY FOR DEBTOR
Mary Bower Sheats
Mary Bower Sheats, Attorney at Law
1195 Washington Pike
Suite 325
Bridgeville, PA 15017
Telephone number:  412−281−7266

NAME/ADDRESS OF TRUSTEE
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
Telephone number:  412−471−5566

DATE/TIME/LOCATION OF MEETING OF CREDITORS
April 1, 2019
03:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

CONFIRMATION HEARING DATE/TIME/LOC
April 1, 2019
03:00 PM
3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 3/7/19

BY THE COURT

Gregory L. Taddonio
Judge

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                             Case No. 19-20053-GLT
Kenny J. Dingler                                                   Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0315-2          User: hsmi              Page 1 of 1          Date Rcvd: Mar 07, 2019
                              Form ID: rsc13          Total Noticed: 13
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2019.
```
db             +Kenny J. Dingler,   510 Independence Street,   Perryopolis, PA 15473-9304
14987847        C Harper Auto Group,   100 Harper Dr,   Belle Vernon, PA 15012-3540
14973879        KML Law Group, PC,   701 Market St Ste 5000,   Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 08 2019 02:29:43      Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
14973876        E-mail/Text: ally@ebn.phinsolutions.com Mar 08 2019 02:29:07      Ally,   PO Box 380902,
                 Bloomington, MN 55438-0902
14986637        E-mail/Text: ally@ebn.phinsolutions.com Mar 08 2019 02:29:07      Ally Financial,
                 PO Box 130424,   Roseville MN 55113-0004
14973877        E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 08 2019 02:30:17
                 Bayview Loan Servicing,   4425 Ponce de Leon Blvd,   Coral Gables, FL 33146-1837
14998191        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 08 2019 02:42:21
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC 28272-1083
14973878        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 08 2019 02:41:51      Capital One Bank USA,
                 PO Box 30285,   Salt Lake City, UT 84130-0285
14979808        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 08 2019 02:42:02      LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
14987515       +E-mail/Text: ecfbankruptcy@progleasing.com Mar 08 2019 02:30:02      NPRTO North-East, LLC,
                 256 W. Data Drive,   Draper, Utah 84020-2315
14983270       +E-mail/Text: JCAP_BNC_Notices@jcap.com Mar 08 2019 02:30:11      Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,   Po Box 7999,   Saint Cloud Mn 56302-7999
14987848        E-mail/Text: ecfbankruptcy@progleasing.com Mar 08 2019 02:30:02      Progressive Leasing,
                 256 W Data Dr,   Draper, UT 84020-2315
                                                                                              TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bayview Loan Servicing, LLC, a Delaware Limited Li
                                                                                   TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2019 at the address(es) listed below:
```
              James Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company bkgroup@kmllawgroup.com
              Mary Bower Sheats    on behalf of Debtor Kenny J. Dingler Mary@mbsheatslaw.com,
               mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4
```