IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| KENNY J. DINGLER | : | Case No. 19-20053 GLT |
| Debtor | : | Chapter 13 |
| KENNY J. DINGLER | : | |
| Movants | : | Related to Document No. 28 |
| vs. | : | |
| BAYVIEW LOAN SERVICING, | : | |
| Respondent | : | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on APRIL 4, 2019, I served a copy of the Loss Mitigation Order, upon the Respondent, BAYVIEW LOAN SERVICING, by (describe the mode of service):

First class mail, postage paid and addressed as follows:

James Warmbrodt, Esquire, Attorney for
Bayview Loan Servicing
KML Law Group
701 Market Street, Suite 5000
Philadelphia, PA 19106


Executed on: APRIL 4, 2019        /s/Mary Bower Sheats, Esquire
    (Date)                                                      (Signature)
                                                                      Mary Bower Sheats, Esquire,
                                                                      Pa I.D. #27911
                                                                      1195 Washington Pike, Suite 325
                                                                      Bridgeville, PA 15017
                                                                      412-281-7266
                                                                      Mary@mbsheatslaw.com