# MINUTES OF CHAPTER 13 § 341 MEETING OF CREDITORS AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: **Dingler** _____ JAD/TPA/CMB/**GLT**

Case Number: **19-20053**

Date of Meeting: **4/1/19**    Recording #: **24**

Debtor(s) present ✓ or Not Present ____ (__No Payments Made or __ partial payments)

Attorney for debtor(s) **Bower Sheats** (Present ✓ or Not Present ____)

Date of Plan at § 341: **1/30/19** Applicable commitment period __3 yrs __5 yrs

2017 Return not yet filed

2018 filed

Lmp to applied for

Need confirmation 2017 filed

[FILED 2019 APR -5 A 9:20 CLERK U.S. BANKRUPTCY COURT PITTSBURGH]

____ Meeting HELD and CONCLUDED
✓ Meeting HELD but CONTINUED (not closed)
____ Meeting NOT HELD
                                    ____ Order to Show Cause Requested
                                    ____ To be rescheduled by Clerk

✓ Confirmation Order recommended ____ Final ✓ Interim
____ Amended Plan due: _____ ; Objections due: _____

____ Trustee recommends dismissal of the case (Debtor consents)
____ Trustee recommends dismissal of the case (Debtor does not consent)*
____ Trustee recommends dismissal of the case (Debtor has no defense)
____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
✓ Continued to:
____ 341 Meeting OR ✓ Conciliation Conf. OR __ *Contested Hearing
On **7/11/19** at **11:00** am/pm Location _____

_____
Chapter 13 Trustee/Attorney for Trustee