# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

- **Debtor:** KENNY J. DINGLER
- **Case Number:** 19-20053-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JULY 11, 2019 11:00 AM   3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#16 - Final Confirmation of Plan Dated 1/30/2019 (NFC)
R / M #: 16 / 0

### *Appearances:*

Debtor: Shoats (signature)
Trustee: (Winnecour) / Pail / Katz / DeSimone
Creditor:

### *Proceedings:*

Outcome: Continued

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. __✓__ The plan payment/term is increased/extended to _____, effective _____.
7. __✓__ Plan/Motion continued to 9-12-19 at 11_____.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/2/2019    3:15:48PM