IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/16/19 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

In Re: Kenny J. Dingler
   Debtor )
Kenny J. Dingler )
Movant ) Bankruptcy No. 19-20053
   vs. )
ATT: PAYROLL, ) Chapter 13
Oak's Auto/Truck Service, LLC )
1706 Pittsburgh Street ) Related to Dkt. No. 47
Cheswick, PA 15024 )
Respondent )

MODIFIED ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor(s) having filed a Chapter 13 petition and Debtor(s) having moved to attach wages to fund the Chapter 13 plan:   IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor receives income:

ATT: PAYROLL,
Oak's Auto/Truck Service, LLC
1706 Pittsburgh Street
Cheswick, PA 15024

Shall deduct from that income the sum of **$855 each pay period (biweekly pay period) or the monthly amount of $1852 per month,** beginning on the next pay day following receipt of this order and shall deduct a similar amount each pay period thereafter, including any period for which the Debtor receives a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deductible sums ON AT LEAST A MONTHLY BASIS to         Ronda J. Winnecour
                                           Chapter 13 Trustee, W.D. PA
                                           POB 84051
                                           Chicago, IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity notify the Trustee if the Debtor's income is terminated and the reason therefor.IT IS FURTHER ORDERED that the Debtors shall serve this order and a copy of the Notification of Debtor's Social Security Number, Local Form No. 12, that includes the Debtor's full social security number on the above-named entity.  Debtor shall file a certificate of service regarding service of the order and local form, but the social security number shall not be included on the certificate.IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amounts required to be withheld for taxes, Social Security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedure.
IT IS FURTHER ORDERED THAT NO DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF Debtor WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS. IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.
IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administrations of this attachment order, except as may be allowed upon application to and order of this Court.

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

DATED:  December 16, 2019

                                                        GREGORY L. TADDONIO    jah
                                                        UNITED STATES BANKRUPTCY JUDGE

Case Administrator to serve:  Debtor, Counsel for Debtor and Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-20053-GLT
Kenny J. Dingler                                                          Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2        User: aala              Page 1 of 1              Date Rcvd: Dec 16, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2019.
db          +Kenny J. Dingler,    510 Independence Street,    Perryopolis, PA 15473-9304

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 18, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2019 at the address(es) listed below:
    James Warmbrodt     on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability Company bkgroup@kmllawgroup.com
    Mary Bower Sheats    on behalf of Debtor Kenny J. Dingler Mary@mbsheatslaw.com, mbsheats@gmail.com;Sheats@Gubinskylaw.com;G19303@notify.cincompass.com
    Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
    Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 4