**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**PITTSBURGH DIVISION**

IN RE:                                                                                                    CASE NO.: 19-20053-GLT
                                                                                                                                              **CHAPTER 13**

**Kenny J. Dingler,**
   **Debtor.**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

     **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of U.S. Bank Trust National Association, as Trustee of CVI LCF Mortgage Loan Trust I ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Charles Wohlrab, ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                   Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                   Attorney for Secured Creditor
                                   130 Clinton Rd #202
                                   Fairfield, NJ 07004
                                   Telephone: 470-321-7112

                                   By: _\S\Charles Wohlrab_
                                        Charles Wohlrab, Esquire
                                        Pennsylvania Bar No. 314532
                                        Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 1, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:

KENNY J. DINGLER
510 INDEPENDENCE STREET
PERRYOPOLIS, PA 15473

And via electronic mail to:

MARY BOWER SHEATS, ATTORNEY AT LAW
1195 WASHINGTON PIKE, SUITE 325
BRIDGEVILLE, PA 15017

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

By: /s/ Hauoli Smith-Lopez