IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

In Re:

| | | |
|---|---|---|
| Kenny J. Dingler | : | Case No. 19-20053 |
| Debtor | : | Chapter 13 |
| US Bank Trust National Association, as | : | Related to Document No. |
| Trustee | : | and Claim No. 6 |
| Movant | : | |
| vs. | : | |
| Kenny J. Dingler and Ronda J. Winnecour, | : | |
| | : | |
| Respondents | | |

### DECLARATION THAT EXISTING CHAPTER 13 PLAN IS SUFFICIENT

AND NOW comes counsel for the Debtor and declares that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt.

Dated: February 10, 2022

Respectfully submitted:

/s/Mary Bower Sheats
Mary Bower Sheats, Esquire
PA ID#27911
1195 Washington Pike, Suite 325
Bridgeville, PA 15017
412-281-7266
mary@mbsheatslaw.com