IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

Kenny J. Dingler
   Debtor                                               )   Case No. 19-20053 GLT
                                                       )
                                                       )   Chapter 13
Kenny J. Dingler                                        )
   Movant                                               )
                                                       )   Related Trustee Certificate of Default at
                                                       )   Doc No. 79, and Order requiring response at
  vs.                                                    )   Doc No. 80
US Bank Trust National Association as                   )
Trustee of CVI LCF Mortgage Loan                        )   Conciliation date:  12/15/22 at 10 a.m.
Trust 1; Ally Financial, NPRTO North-                   )
East, LLC; and Ronda Winnecour,                         )
Esquire, Chapter 13 Trustee,                            )
   Respondents

## NOTICE OF PROPOSAL TO CURE PLAN DEFAULTS

     1.    Debtor(s) propose to cure the plan default as pleaded in the Trustee's Certificate of Default.

     2.    The cure shall be effected as follows: the plan payment shall be increased to $1905 per month effective December, 2022, to bring the plan current, or in such amount as the Chapter 13 Trustee directs in order to bring the plan current with regard to the above named affected creditors.

     3.    All Objections to the proposed cure must be filed and served by no later than 21 days after the date of this Notice upon the Debtor(s) and Chapter 13 Trustee. Untimely Objections will not be considered. Any creditor who files a timely Objection to the cure must appear at the scheduled Conciliation Conference on the proposed cure.

     4.    A virtual (via Zoom) Conciliation Conference on the proposed cure will be held on _DECEMBER 15, 2022 10:00 a.m. at before the Chapter 13 Trustee. The table and meeting I.D., to participate by Zoom (and telephone number and meeting I.D. to participate by telephone if you lack the ability to participate by Zoom), can be found at http://www.ch13pitt.com/calendar/ several days before the meeting. Parties are expected to familiarize themselves with the Trustee's website at http://www.ch13pitt.com/ and to comply with the procedures set forth at that site for conference participation.

     RESPECTFULLY SUBMITTED, this 4th day of November, 2022.

                         /s/Mary Bower Sheats
                         Mary Bower Sheats
                         Pa. I.D. # 27911

1195 Washington Pike, Suite 325
Bridgeville, PA 15017
412-281-7266
mary@mbsheatslaw.com

Attorney for the Debtor