IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| Kenny J. Dingler | ) | Case No. 19-20053 GLT |
|    Debtor | ) | |
| | ) | Chapter 13 |
| Kenny J. Dingler | ) | |
|    Movant | ) | Related to documents 88, 89 and 90 |
| | ) | |
|    vs. | ) | Hearing date:  5/9/2023 at 10:30 a.m. |
| US Bank Trust National Association as | ) | Response date:  April 19, 2023 |
| Trustee of CVI LCF Mortgage Loan | ) | |
| Trust 1; c/o New Rez LLC dba | ) | |
| Shellpoint Mortgage Servicing, and | ) | |
| Ronda Winnecour, Esquire, Chapter 13 | ) | |
| Trustee, | | |
|    Respondents | | |

## CERTIFICATE OF SERVICE

I hereby verify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on MARCH 28, 2023 I served true and correct copies of the Notice of Zoom Hearing, the Motion to Approve the Interim non-LMP Mortgage Modification Order, the Exhibit, and the proposed order, (describe the mode of service):

***Via first class mail, addressed as follows***:
US Bank Trust National Association as Trustee of CVI LCF Mortgage Loan Trust 1; c/o New Rez LLC dba Shellpoint Mortgage Servicing
PO Box 51850
Livonia, MI 41851-5850

And
   **Via CM/ECF:**
Service upon the chapter 13 trustee, and the US Trustee, via CM/ECF.

Executed on March 28, 2023                                    /s/Mary Bower Sheats, Esquire
                                                                                                     Mary Bower Sheats, Esquire,
                                                                                                     Pa I.D. #27911
                                                                                                     1195 Washington Pike, Suite 325
                                                                                                     Bridgeville, PA 15017
                                                                                                     412-281-7266
                                                                                                     Mary@mbsheatslaw.com