IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Kenny J. Dingler | ) | Case No. 19-20053 GLT |
|   Debtor | ) | |
| | ) | Chapter 13 |
| Kenny J. Dingler | ) | |
|   Movant | ) | |
| | ) | |
|   vs. | ) | |
| US Bank Trust National Association as Trustee of CVI LCF Mortgage Loan Trust 1; c/o New Rez LLC dba Shellpoint Mortgage Servicing, and Ronda Winnecour, Esquire, Chapter 13 Trustee, | ) | |
|   Respondents | | |

CERTIFICATION OF NO OBJECTION REGARDING
Debtor's Motion to approve Interim Non-LMP Mortgage Modification Order

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Debtor's Motion to approve Interim Non-LMP Mortgage Modification Order, filed at document no. 89, filed on March 28, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Debtor's Motion to approve Interim Non-LMP Mortgage Modification Order, filed at document no. 89, filed on March 28, 2023, appears thereon. Pursuant to the Local Rule, responses/objections to the Debtor's Motion to approve Interim Non-LMP Mortgage Modification Order, filed at document no. 89, filed on March 28, 2023, were to be filed and served no later than April 19, 2023.

    It is hereby respectfully requested that the Order attached to the Debtor's Motion to approve Interim Non-LMP Mortgage Modification Order, filed at document no. 89, filed on March 28, 2023, be entered by the Court.

Dated:  April 20, 2023          /s/Mary Bower Sheats
                                 Mary Bower Sheats, Esquire
                                 PA I.D. #27911
                                 1195 Washington Pike
                                 Suite 325
                                 Bridgeville, PA 15017
                                 412-281-7266
                                 Mary@mbsheatslaw.com

**PAWB Local Form 25 (07/13)**