IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Kenny J. Dingler | ) | Case No. 19-20053 GLT |
| Debtor | ) | |
| | ) | Chapter 13 |
| Kenny J. Dingler | ) | |
| Movant | ) | Related to document no. 93 |
| | ) | |
| vs. | ) | |
| US Bank Trust National Association as | ) | |
| Trustee of CVI LCF Mortgage Loan | ) | |
| Trust 1; c/o New Rez LLC dba | ) | |
| Shellpoint Mortgage Servicing, and | ) | |
| Ronda Winnecour, Esquire, Chapter 13 | ) | |
| Trustee, | | |
| Respondents | | |

CERTIFICATE OF SERVICE

I hereby verify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on April 24, 2023 I served a true and correct copy of the Interim non-LMP Mortgage Modification Order, upon the following persons and in the manner indicated below: (describe the mode of service):

Service upon the chapter 13 trustee, via email, at : LMP@chapter13trusteewdpa.com

And

**Via CM/ECF:**
Service upon the chapter 13 trustee, and the US Trustee, via CM/ECF.

Executed on April 24, 2023                          /s/Mary Bower Sheats, Esquire
                                                    Mary Bower Sheats, Esquire,
                                                    Pa I.D. #27911
                                                    1195 Washington Pike, Suite 325
                                                    Bridgeville, PA 15017
                                                    412-281-7266
                                                    Mary@mbsheatslaw.com