IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Kenny J. Dingler | ) | Case No. 19-20053 GLT |
|    Debtor | ) | |
| | ) | Chapter 13 |
| Kenny J. Dingler | ) | |
|    Movant | ) | Related to document no. 101 |
| | ) | |
|    vs. | ) | |
| MCLP Asset Company, Inc. and Ronda | ) | |
| Winnecour, Esquire, Chapter 13 | ) | |
| Trustee, | ) | |
|    Respondents | | |

NOTICE OF HEARING AND RESPONSE DEADLINE
REGARDING KENNY J. DINGLER'S MOTION TO APPROVE FINAL NON-LMP
MORTGAGE LOAN MODIFICATION AGREEMENT

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than **AUGUST 9, 2023**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the general procedures of the Presiding Judge as found on the Court's web page at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

You should take this Notice and the Motion to your lawyer at once.

An in-person hearing will be held on **WEDNESDAY, SEPTEMBER 6 2023 AT 10:00 a.m.** before Judge GREGORY L. TADDONIO in Courtroom A, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may appear for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register by submitting a registration form via the link published on Judge Taddonio's website (which can be found at http://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4 p.m. on the business day** prior to a scheduled hearing. All counsel and parties participating remotely shall comply with Judge Taddonio's *General Procedures*, (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf)

**Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. .

Date of Service: July 20, 2023        /s/Mary Bower Sheats
                                                  Mary Bower Sheats, Esquire

Attorney for Movant
PA I.D. #27911
The Gubinsky Law Firm
1195 Washington Pike, Suite 325
Bridgeville, PA 15017
412-281-7266
Mary@mbsheatslaw.com