IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Kenny J. Dingler | ) | Case No. 19-20053 GLT |
|   Debtor | ) | |
| | ) | Chapter 13 |
| Kenny J. Dingler | ) | |
|   Movant | ) | Related to document no. 103 |
| | ) | |
|   vs. | ) | |
| MCLP Asset Company, Inc. and Ronda | ) | |
| Winnecour, Esquire, Chapter 13 Trustee, | ) | |
|   Respondents | ) | |

CERTIFICATION OF NO OBJECTION REGARDING
Motion to Approve Final Non-LMP Mortgage Loan Modification Agreement

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Approve Final Non-LMP Mortgage Loan Modification Agreement filed at document no. 103, on July 20, 2023, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion to Approve Final Non-LMP Mortgage Loan Modification Agreement filed at document no. 103, on July 20, 2023 appears thereon. Pursuant to the Notice of Hearing, objections to the Motion to Approve Final Non-LMP Mortgage Loan Modification Agreement filed at document no. 103, on July 20, 2023 were to be filed and served no later than August 9, 2023..

It is hereby respectfully requested that the Order attached to the Motion to Approve Final Non-LMP Mortgage Loan Modification Agreement filed at document no. 103, be entered by the Court.

Dated   August 17, 2023

/s/Mary Bower Sheats
Mary Bower Sheats, Esquire
PA I.D. #27911
1195 Washington Pike, Suite 325
Bridgeville, PA 15017
412-281-7266
Mary@mbsheatslaw.com

**PAWB Local Form 25 (07/13)**