Certificate Number: 01721-PAW-DE-039776014

Bankruptcy Case Number: 19-20053



01721-PAW-DE-039776014

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 16, 2025, at 6:44 o'clock PM EDT, Kenneth Dingler completed a course on personal financial management given by internet by Advantage Credit Counseling Service, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: June 17, 2025

By: /s/Noelle Irving

Name: Noelle Irving

Title: Counselor