FILED
3/2/26 4:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| Kenny J. Dingler | : | Case No. 19-20053 GLT |
| Debtor | : | Chapter 13 |
| Ronda J. Winnecour, Chapter 13 Trustee | : | |
| Movant | : | Related to Document No. 138  and 141 |
| vs. | : | |
| Kenny J. Dingler | : | |
| Respondent | : | |

ORDER OF COURT

AND NOW, this __2nd__ day of ___March___, 2026, it is hereby

ORDERED, ADJUDGED, AND DECREED that the March 11, 2026 hearing in the above

matter is continued to April 22, 2026 at 10:30 a.m. in Courtroom A 54th Floor U.S. Steel

Tower, 600 Grant St., Pittsburgh, PA. Parties that wish to participate in the hearing via

Zoom may do so in compliance with Judge Taddonio's Procedures.

Prepared by Mary Bower Sheats

Dated: 3/2/26

J.       Gregory L. Taddonio   hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:       Case No. 19-20053-GLT

Kenny J. Dingler       Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: auto | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: pdf900 | Total Noticed: 21 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kenny J. Dingler, 510 Independence Street, Perryopolis, PA 15473-9304 |
| 15214173 | + | Atlantica, LLC, Land Home Financial Services, 3611 South Harbor Blvd, Suite 100, Santa Ana, CA 92704-7915 |
| 14973877 | | Bayview Loan Servicing, 4425 Ponce de Leon Blvd, Coral Gables, FL 33146-1837 |
| 15008603 | + | Bayview Loan Servicing, LLC, 4225 Ponce de Leon Blvd, 5th Floor, Coral Gables, FL 33146-1965 |
| 14987847 | | C Harper Auto Group, 100 Harper Dr, Belle Vernon, PA 15012-3540 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 04 2026 00:46:31 | Ally Financial c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 04 2026 00:46:31 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 04 2026 00:35:00 | MCLP Asset Company, Inc., Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Rd, Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 04 2026 00:35:00 | MCLP Asset Company, Inc., Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15013501 | + | Email/Text: g17768@att.com | Mar 04 2026 00:35:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14973876 | | Email/Text: ally@ebn.phinsolutions.com | Mar 04 2026 00:34:00 | Ally, PO Box 380902, Bloomington, MN 55438-0902 |
| 14986637 | | Email/Text: ally@ebn.phinsolutions.com | Mar 04 2026 00:34:00 | Ally Financial, PO Box 130424, Roseville MN 55113-0004 |
| 14998191 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2026 00:46:37 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 14973878 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 04 2026 00:46:30 | Capital One Bank USA, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14973879 | ^ | MEBN | Mar 04 2026 00:28:29 | KML Law Group, PC, 701 Market St Ste 5000, Philadelphia, PA 19106-1541 |
| 14979808 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 04 2026 00:46:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15615682 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 04 2026 00:35:00 | MCLP Asset Company, Inc., NewRez LLC, P.O. Box 10826, Greenville, SC 29603-0826 |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 03, 2026 | Form ID: pdf900 | Total Noticed: 21 |

| 14987515 | + Email/Text: ecfbankruptcy@progleasing.com | Mar 04 2026 00:35:00 | NPRTO North-East, LLC, 256 W. Data Drive, Draper, Utah 84020-2315 |
|---|---|---|---|
| 15376455 | + Email/Text: mtgbk@shellpointmtg.com | Mar 04 2026 00:35:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14983270 | + Email/Text: JCAP_BNC_Notices@jcap.com | Mar 04 2026 00:35:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14987848 | Email/Text: ecfbankruptcy@progleasing.com | Mar 04 2026 00:35:00 | Progressive Leasing, 256 W Data Dr, Draper, UT 84020-2315 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING |
| cr | | U.S. Bank Trust National Association, as Trustee o |
| cr | * | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15391450 | *+ | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville SC 29603-0826 |

TOTAL: 3 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2026          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles Griffin Wohlrab | on behalf of Creditor U.S. Bank Trust National Association  as Trustee of CVI LCF Mortgage Loan Trust I bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Denise Carlon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company dcarlon@kmllawgroup.com |
| Lisa Cancanon | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company lisac@w-legal.com, Llombardi06@law.du.edu |
| Mary Bower Sheats | on behalf of Debtor Kenny J. Dingler mary@mbsheatslaw.com mbsheats@gmail.com;sheats@gubinskylaw.com;g19303@notify.cincompass.com;sheats.maryb123008@notify.bestcase.com |
| Michelle L. McGowan | on behalf of Creditor MCLP Asset Company  Inc. mimcgowan@raslg.com |

District/off: 0315-2                         User: auto                                     Page 3 of 3

Date Rcvd: Mar 03, 2026                      Form ID: pdf900                                Total Noticed: 21

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 7