FILED
4/22/26 11:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| In re: | : | Case No.: | 19-20053-GLT |
| | : | Chapter: | 13 |
| Kenny J. Dingler | : | | |
| | : | | |
| | : | Date: | 3/11/2026 |
| *Debtor(s).* | : | Time: | 10:00 |

**PROCEEDING MEMO**

**MATTER:**    # 138 - Motion to Dismiss Case filed ch.13 trustee
              #140 - Response filed by Debtor

**APPEARANCES**:

Debtor:    Mary Bower Sheats
Trustee:    Kate DeSimone

[10:28]
**NOTES:**

DeSimone: Additional funds have come in. $4,187 is needed to meet the plan goals and bring the mortgage current through March 31, 2026.

Sheats: This Debtor has really struggled. He did pay his entire first paycheck to the trustee. Even if he could do $1,900, I don't think it will work.

Court: I typically provide no more than 90 days beyond the original hearing date. The payment would need to be made by May 6, 2026.

Sheats: I know the Debtor wants to complete the plan. Is it possible? Remotely.

**OUTCOME:**

1. For the reasons stated on the record at the April 22, 2026 hearing, the *Motion to Dismiss Case* [Dkt. No. 138] is **GRANTED**. [System Order]

**DATED:** 3/11/2026