**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

   KENNY J. DINGLER | Case No.:19-20053 GLT

      Debtor(s)

Ronda J. Winnecour | Document No.:
     Movant
   vs.
No Respondents.

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 01/05/2019  and confirmed on 04/09/2019 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 112,341.93 |
| Less Refunds to Debtor | 5.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 112,336.93 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 4,910.00 | |
|   Trustee Fee | 5,568.64 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 10,478.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| MCLP ASSET COMPANY INC | 48,232.17 | 48,232.17 | 0.00 | 48,232.17 |
|   Acct: 4967 | | | | |
| MCLP ASSET COMPANY INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4967 | | | | |
| MCLP ASSET COMPANY INC | 4,201.00 | 4,201.00 | 0.00 | 4,201.00 |
|   Acct: 4967 | | | | |
| MCLP ASSET COMPANY INC | 0.00 | 28,048.80 | 0.00 | 28,048.80 |
|   Acct: 4967 | | | | |
| MCLP ASSET COMPANY INC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4967 | | | | |
| ALLY FINANCIAL(*) | 17,100.00 | 17,100.00 | 3,115.22 | 20,215.22 |
|   Acct: 8818 | | | | |
| | | | | 100,697.19 |
| Priority | | | | |
| MARY BOWER SHEATS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| KENNY J. DINGLER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |

| 19-20053 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | | |
| KENNY J. DINGLER | | 5.00 | 5.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| MARY BOWER SHEATS ESQ | | 3,910.00 | 3,910.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| MARY BOWER SHEATS ESQ | | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| NPRTO NORTH-EAST LLC | | 1,161.10 | 1,161.10 | 0.00 | 1,161.10 |
| Acct: 1776 | | | | | |
| | | | | | 1,161.10 |
| **Unsecured** | | | | | |
| C HARPER CHEVROLET | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| CAPITAL ONE** | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| LVNV FUNDING LLC | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4575 | | | | | |
| PREMIER BANKCARD LLC; JEFFERSON C | | 716.17 | 0.00 | 0.00 | 0.00 |
| Acct: 4685 | | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | | 300.92 | 0.00 | 0.00 | 0.00 |
| Acct: 6525 | | | | | |
| ALLY FINANCIAL(*) | | 4,503.53 | 0.00 | 0.00 | 0.00 |
| Acct: 8818 | | | | | |
| AT & T MOBILITY II LLC | | 1,344.97 | 0.00 | 0.00 | 0.00 |
| Acct: 6736 | | | | | |
| KML LAW GROUP PC* | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                101,858.29

TOTAL CLAIMED
PRIORITY              1,161.10
SECURED             69,533.17
UNSECURED            6.865.59

Date: 05/13/2026                                   /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com